**ACKER & WHIPPLE**
STEPHEN ACKER, SBN: 64996
JONATHAN S.M. FRANCIS, SBN: 307722
811 Wilshire Boulevard, Suite 700
Los Angeles, California 90017
Phone: (213) 347-0240 | Fax: (213) 623-1957
Email:  StephenAcker@AckerandWhipple.com
             JonathanFrancis@AckerandWhipple.com

Attorneys for Defendant, JOHN PAUL MITCHELL SYSTEMS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUST IMAGE, LLC, a New York Limited Liability Company,<br><br>        Plaintiff,<br><br>   v.<br><br>JOHN PAUL MITCHELL SYSTEMS, a California Corporation; and DOES 1-10,<br><br>        Defendants. | Case No.: 2:25-cv-10503-SVW (JDEx)<br><br>**DECLARATION OF JONATHAN S.M. FRANCIS SUBMITTED IN SUPPORT OF MOTION TO DISMISS OF DEFENDANT JOHN PAUL MITCHELL SYSTEMS**<br><br>*[Filed concurrently with the Notice of Motion; Memorandum of Points of Authorities; and [Proposed] Order]*<br><br>DATE:          January 26, 2026<br>TIME:          1:30 P.M.<br>COURTROOM: 10A<br><br>Judge Stephen V. Wilson<br>Complaint Filed: 10/31/25 |

1.

**DECLARATION OF JONATHAN S.M. FRANCIS SUBMITTED IN SUPPORT OF MOTION TO DISMISS OF DEFENDANT JOHN PAUL MITCHELL SYSTEMS**

## DECLARATION OF JONATHAN S.M. FRANCIS

I, JONATHAN S.M. FRANCIS, declare as follows:

1. I am an attorney licensed to practice in the State of California and am an attorney at Acker & Whipple, attorneys of record for Defendant John Paul Mitchell Systems ("JPMS"). I have personal knowledge of the matters stated herein, and if called upon as a witness I could and would competently testify thereto.

2. This declaration is being submitted in support of the Motion of Defendant John Paul Mitchell Systems to Dismiss Plaintiff's Complaint.

3. On December 11, 2025, pursuant to Local Rule 7-3, I met and conferred with Plaintiff's counsel, Benjamin Tookey. I informed Mr. Tookey that JPMS intended to move to dismiss the complaint because it failed to state claim for relief for at least two reasons; first, that the complaint failed to sufficiently allege Plaintiff had standing to pursue its claim, and second, that the complaint failed to allege volitional conduct on the part of JPMS. I also explained that contrary to the conclusory allegations in the complaint, the Accused Pin was not on JPMS's Pinterest page, but on the Pinterest page of an unrelated third party. I requested that Plaintiff dismiss their complaint against JPMS. Plaintiff said they did not intend to withdraw or amend their complaint, thus necessitating the instant motion.

4. On November 17, 2025, I accessed the URL the Complaint identified as the alleged infringing content. Specifically, I accessed the Pinterest Pin at https://www.pinterest/com/pin/21983202558621741. A true and correct copy of a screen shot of the Accused Pin taken on November 17, 2025, is attached hereto as Exhibit A.

5. I subsequently accessed, also on November 17, 2025, the Accused Pin's "parent" URL, which was https://www.pinterest.com/katiebrooks/elevae-beauty/. A true and correct copy of a screenshot showing the content on that page,

2.

DECLARATION OF JONATHAN S.M. FRANCIS SUBMITTED IN SUPPORT OF MOTION TO DISMISS OF DEFENDANT JOHN PAUL MITCHELL SYSTEMS

including the name of the person, Katie Brooks, controlling the Pinterest Page on which the Accused Pin resided, is attached hereto as Exhibit B.

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

     Executed this 29th day of December, 2025, at Piedmont, California.

_____
Jonathan S.M. Francis, Declarant

3.

**DECLARATION OF JONATHAN S.M. FRANCIS SUBMITTED IN SUPPORT OF MOTION TO DISMISS OF DEFENDANT JOHN PAUL MITCHELL SYSTEMS**

# EXHIBIT A



### Awapuhi Wild Ginger | Keratin Treatment Hair Products | JPMS

Whether your hair is damaged from overprocessing, naturally dry or somewhere in between, Awapuhi Wild Ginger® offers a targeted professional treatment with dramatic, instant results. In 10 to 15 minutes, you'll love how your hair looks and feels.

Paul Mitchell

Visit site

No comments yet

Add a comment to start the conversation

# EXHIBIT B







### elevae beauty

9 Pins · 1y

By Katie Brooks











Paul Mitchell
elevae beauty

# CERTIFICATE OF SERVICE- F.R.Civ.P. 5(b)

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I, the undersigned, certify and declare that I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 811 Wilshire Boulevard, Suite 700, Los Angeles, California 90017.

On **December 29, 2025**, I served on the parties of record in this action a true and correct copy of the foregoing document described as **DECLARATION OF JONATHAN S.M. FRANCIS SUBMITTED IN SUPPORT OF MOTION TO DISMISS OF DEFENDANT JOHN PAUL MITCHELL SYSTEMS,** by delivering it to the person(s) indicated on the attached service list in the manner as provided in F.R.Civ.P.5(b):

**SEE ATTACHED SERVICE LIST.**

**[X]   ELECTRONIC SERVICE [FRCivP 5(b)(2)(E)]** - I caused the aforementioned document(s) to be electronically served upon the addressee as indicated on the attached service list by submitting an electronic version of the document(s) listed above via file transfer protocol to ECF (Electronic Case Filing).

Executed on **December 29, 2025** at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
**Mary Jones**

4.

**DECLARATION OF JONATHAN S.M. FRANCIS SUBMITTED IN SUPPORT OF MOTION TO DISMISS OF DEFENDANT JOHN PAUL MITCHELL SYSTEMS**

STEPHEN ACKER
JONATHAN S.M. FRANCIS
ACKER & WHIPPLE
811 Wilshire Blvd., Suite 700
Los Angeles, California 90017
(213) 347-0240
Fax (213) 623-1957

| **COURT INFORMATION** | | |
|---|---|---|
| COURT | : | United States District Court, Central District |
| ADDRESS | : | First Street U.S. Courthouse, Los Angeles, Courtroom 10A, 10th Floor |
| DISTRICT JUDGE | : | Judge Stephen V. Wilson |
| ADDRESS | : | Ronald Reagan Federal Building and United States Courthouse, Santa Ana |
| | | Courtroom 6A, 6th Floor |
| MAGISTRATE JUDGE | : | Judge John D. Early |
| COURT CASE NO. | : | 2:25−cv−10503−SVW (JDEx) |
| OUR FILE NO. | : | 4053 |

*August Image LLC v. John Paul Mitchell Systems*

**SERVICE LIST**

| | |
|---|---|
| Stephen M. Doniger<br>Benjamin Firestone Tookey<br>**Doniger Burroughs**<br>603 Rose Avenue<br>Venice, CA 90291 | Attorneys for Plaintiff,<br>August Image, LLC<br>a New York Limited Liability Company<br>Tel:   310-590-1820<br>    stephen@donigerlawfirm.com<br>    btookey@donigerlawfirm.com |

5.

**DECLARATION OF JONATHAN S.M. FRANCIS SUBMITTED IN SUPPORT OF MOTION TO DISMISS OF DEFENDANT JOHN PAUL MITCHELL SYSTEMS**